UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. _____-CV-_____

GUO WENGUI,
also known as MILES KWOK

                Plaintiff,

    v.

ROGER J. STONE,

                Defendant.

## COMPLAINT

Plaintiff Guo Wengui ("Guo" or "Plaintiff"), also known as Miles Kwok, by his undersigned counsel, brings this defamation action against Roger J. Stone ("Stone" or "Defendant"). For his complaint, Plaintiff Guo alleges as follows:

## NATURE OF THE ACTION

1. Stone is a political consultant and conspiracy theorist who has made a career out of inventing lies about others in order to call attention to himself. Stone broadcasts his lies through InfoWars.com, a media platform owned by fellow conspiracy theorist Alex Jones, for which Stone is a frequent contributor.



2. Since on or before September 2017, Stone has used that platform to spread defamatory falsehoods about Plaintiff Guo. Stone has publicly stated that Plaintiff Guo has been "found guilty" and "convicted" of financial crimes in the United States - this is not true. Stone has publicly accused Plaintiff Guo of violating U.S. election law by making political donations to Hillary Clinton and financing a presidential run by Steven Bannon – this is not true. Mr. Stone should be held to account for these and other falsehoods about Mr. Guo.

## PARTIES

3. Plaintiff Guo is a Hong Kong citizen who presently resides in New York. He left China at the end of 2014. He has been a longstanding critic of corruption within elements of the Chinese government and a leading advocate for government reform. Plaintiff Guo also goes by the anglicized name, "Miles Kwok."

4. On information and belief, Defendant Stone is a United States citizen, who resides in Miami Beach, FL. Stone is frequent contributor to the media platform, InfoWars.com.

## JURISDICTION AND VENUE

5. The Court has personal jurisdiction because Defendant Stone resides in and regularly conducts business in Florida.

6. The Court has jurisdiction over the subject matter of this case pursuant to 28 U.S.C. § 1332 because Plaintiff Guo is a foreign citizen residing in New York, and Defendant Stone resides in Florida. Plaintiff Guo's damages are in excess of $75,000.

7. Venue is proper in this district pursuant to 28 U.S.C. § 1391 in that the Defendant resides here.

## FACTS

### A. Plaintiff Guo's Background

8. Plaintiff Guo grew up in a poor household in Northeast China, where his parents had been exiled by the Chinese Communist Party during the Cultural Revolution. Plaintiff Guo and his family lived in very difficult and harsh conditions, and his parents regularly struggled to provide food and shelter for their eight children.

9. Growing up under these circumstances forced Plaintiff Guo to become entrepreneurial at a very young age. When he was 13 years old, Plaintiff Guo dropped out of middle school and started selling clothing and electronics to make money for his family.

10. Watching his parents struggle while living in exile also instilled in Plaintiff Guo a passion for democracy and the rule of law. He often used his earnings to help other poor families and to support those advocating for government reform. During the Tiananmen Square protests in 1989, he sold his motorbike and donated approximately RMB 3,600 ($500) to student protestors, which was a large sum at the time. This led to his arrest on May 26, 1989. Plaintiff Guo's younger brother was shot by the police during Plaintiff Guo's arrest, and shortly thereafter died of those wounds. Plaintiff Guo was imprisoned from 1989 to 1991.

11. After his release from prison, Mr. Guo became a successful real estate developer and investor.

12. In 2014, Plaintiff Guo became a whistleblower, including by reporting to the Central Commission for Discipline Inspection, the agency tasked with investigating fraud and corruption within the Communist Party in China, certain financial improprieties with regard to an investment firm.

13. As a result of his whistleblowing, Mr. Guo and his family found themselves the target of intimidation tactics, including surveillance, arrests, seizures and investigations by corrupt forces within the Chinese government.

14. As a result of these intimidation tactics, Plaintiff Guo decided that it would be best if he left China. He came to the United States on January 9, 2015. He has resided in New York since that time, and he is seeking asylum in this country.

B. **Stone's False Statements**

15. On or before September 2017, Stone began to broadcast and/or publish, on InfoWars.com and elsewhere, defamatory statements about Guo.

16. Through a series of videos on Infowars.com, Stone has developed what he refers to as a "globalist" conspiracy theory involving Plaintiff Guo and others, including the "deep state," CIA Director Mike Pompeo, former Secretary of State Hillary Clinton, political consultant Steve Bannon, investor George Soros, current National Security Advisor H.R. McMaster, and the Peoples Liberation Army of China. In the course of these broadcasts, Stone has made many false and defamatory statements about Plaintiff Guo.

17. On or before September 18, 2017, Stone stated on InfoWars.com about Plaintiff Guo: "Miles Kwok, who is a man convicted of multi-billion dollar financial crimes in both the United States and in China, and a major Clinton bundler and fundraiser." Stone also referred to Guo as a "turncoat criminal who is convicted of crimes here and in China." This is false.

18. On or before October 4, 2017, Stone stated on InfoWars.com about Plaintiff Guo: "Mr. Kwok is a bundler for the Hillary Clinton campaign." Stone also stated: "Remember, Kwok is found guilty of both financial crimes here and there." This is false.

19. On or before November 7, 2017, Stone stated on InfoWars.com about Plaintiff Guo that he "was a bundler for Hillary Clinton and seems to be very closely affiliated with some radical Islamic interests." This is false.

20. On or about January 5, 2018, *Fire and Fury* by Michael Wolff was published. The book included several statements by political consultant Steven Bannon.

21. In the wake of the publication of *Fire and Fury*, Stone developed a new set of falsehoods about Plaintiff Guo, accusing him of financing Bannon's attempt to launch a political campaign for President of the United States.

22. On or before January 6, 2018, Stone stated on InfoWars.com that "Kwok was a bundler for Hillary Clinton" and a "Clinton fundraiser," but that he had now become the "Bannon's financial angel." Stone stated: "That Bannon would go to Kwok for his funding is mind boggling, just mind boggling, but it does explain why Pompeo at the CIA and McMaster have adamantly opposed turning in this Chinese criminal to his home country." Stone also stated that Plaintiff Guo "has been caught in this country attempting to blackmail public officials." This is false.

23. On or before January 10, 2018, Stone stated on InfoWars.com that "Bannon announced that his new financier was none other than the Chinese national and fugitive criminal, Miles Kwok." This is false.

24. Because Plaintiff Guo is a foreign national, he is prohibited, by 52 U.S.C. 30121, from making any contributions, monetary donations or expenditures in connection with any federal, state or local election in the United States.

25. Contrary to Stone's false accusation, Plaintiff Guo has never been convicted of any crime in the United States.

26. Contrary to Stone's false accusation, Plaintiff Guo has never been a "bundler" for Hillary Clinton or a political financier for Steven Bannon. Plaintiff Guo has made no contributions, monetary or otherwise, to these individuals or to any political campaign in the United States.

## COUNT I

### *Defamation per se*

27. Plaintiff re-alleges and incorporates the allegations set forth in the foregoing paragraphs of the complaint.

28. Stone made false statements about Plaintiff Guo, including falsely accusing him of having been convicted of crimes in the United States, and falsely accusing him of violating U.S. election law.

29. Stone knowingly and/or recklessly, and without the privilege to do so, published these statements to the public on InfoWars.com.

30. These statements continue to be available publicly, including on YouTube.com.

31. These statements harmed and continue to harm Plaintiff Guo, and are actionable *per se*.

## COUNT II

### *Defamation*

32. Plaintiff re-alleges and incorporates the allegations set forth in the foregoing paragraphs of the complaint.

33. Stone made false statements about Plaintiff Guo, including falsely accusing him of having been convicted of crimes in the United States, and falsely accusing him of violating U.S. election law.

34. Stone knowingly and/or recklessly, and without the privilege to do so, published these statements to the public on InfoWars.com.

35. Stone's false and misleading statements have caused significant psychological and emotional pain and suffering.

36. These statements continue to be available publicly, including on YouTube.com.

37. As a result of Defendant's actions, Plaintiff Guo has suffered and continues to suffer actual damages in an amount to be determined at trial.

## REQUEST FOR RELIEF

Wherefore, Plaintiff request the following relief:

A. That Defendant Stone be held liable for the damages sustained by Plaintiff as a result of the claims asserted herein and the costs of this suit, including reasonable attorneys' fees; and

B. That Plaintiff Guo be awarded punitive damages;

C. That the total of actual, punitive and consequential damages, and attorneys' fees, awarded to Plaintiff Guo be in an amount no less than $100 million;

D. That Stone be ordered to engage in corrective measures, including the issuance of a retraction and apology, and the withdrawal of all videos and articles adjudged to contain defamatory content;

E. Such other relief as the Court deems necessary and proper.

## DEMAND FOR JURY TRIAL

**Plaintiff demands a jury for all claims so triable.**

DATED:  MARCH 15, 2018

        GUO WENGUI,

        By his attorneys,

        /s/ Brian M. Silverio
        Brian Silverio, Esq.
        Silverio & Hall, P.A.
        Fla. Bar No. 0183301
        255 8th Street South
        Naples, FL. 34102
        Telephone: (239) 649-1001
        Facsimile: (239) 649-1972
        servicenaples@silveriohall.com
        bsilverio@silveriohall.com

        David A. Kluft, Esq.
        (*pro hac vice application to be submitted*)
        FOLEY HOAG LLP
        155 Seaport Boulevard
        Boston, MA 02210
        Telephone: (617) 832-3092
        dkluft@foleyhoag.com