UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| GUO WENGUI,<br>also known as MILES KWOK,<br><br>             Plaintiff,<br><br>     v.<br><br>ROGER J. STONE<br><br>             Defendant. | CIVIL ACTION NO. 18-cv-20983 |

## PLAINTIFF'S NOTICE OF ENTRY OF PARTIES

GUO WENGUI, a/k/a, MILES KWOK, (hereinafter "Plaintiff") files his notice of entry of parties:

1. Alex Jones/Infowars.com – related entity of Defendant

2. Free Speech Systems, LLC – related entity of Defendant

DATED: APRIL 10, 2018

GUO WENGUI,

By his attorneys,

/s/ Brian M. Silverio
Brian Silverio, Esq.
Silverio & Hall, P.A.
Fla. Bar No. 0183301
255 8th Street South
Naples, FL. 34102
Telephone: (239) 649-1001
Facsimile: (239) 649-1972

servicenaples@silveriohall.com
bsilverio@silveriohall.com

David A. Kluft, Esq.
(*pro hac vice application pending*)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210
Telephone: (617) 832-3092
dkluft@foleyhoag.com