UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**Case Number: 18-20983-CIV-MARTINEZ-OTAZO-REYES**

GUO WENGUI, also known as
MILES KWOK,

      Plaintiff,

vs.

ROGER J. STONE,

      Defendant.

_____/

## ORDER GRANTING CORRECTED MOTION TO APPEAR *PRO HAC VICE*

THIS CAUSE is before the Court upon Plaintiff's Corrected Motion for Limited Appearance, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings [ECF No. 11]. THE COURT has considered the Motion and has been sufficiently advised. It is **ORDERED AND ADJUDGED** that:

1.    The Corrected Motion for Limited Appearance, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings [ECF No. 11] is **GRANTED**. David A. Kluft, Esq. of Foley Hoag LLP may appear and participate in this action on behalf of Plaintiff. Designated local counsel, Brian Silverio, Esq., shall, pursuant to Rule 4 of the Local Rules Governing Admission and Practice of Attorneys, be served with all papers in this action and ensure counsel who is appearing *pro hac vice* complies with this Court's orders and all applicable rules. The Clerk is **DIRECTED** to add the following email address to the docket, to ensure counsel admitted *pro hac vice* receives all future notices of electronic filing: dkluft@foleyhoag.com.

2.    Plaintiff's Motion for Limited Appearance, Consent to Designation and Request

to Electronically Receive Notices of Electronic Filings [ECF No. 6] is **DENIED AS MOOT**, in

light of this order.

DONE AND ORDERED in Chambers at Miami, Florida, this ⬭ day of April, 2018.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record
Magistrate Judge Otazo-Reyes