UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| GUO WENGUI,<br>also known as MILES KWOK,<br><br>    Plaintiff,<br><br>v.<br><br>ROGER J. STONE<br><br>    Defendant. | CIVIL ACTION NO. 18-20983-CIV-MARTINEZ-OTARO-REYES |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, GUO WENGUI, also known as MILES KWOK, by and through his undersigned counsel, hereby files his Notice of Voluntary Dismissal of this action pursuant to the parties' written settlement agreement dated December 17, 2018.

Dated: January 8, 2019

              SILVERIO & HALL, P.A.

              By /s/ Brian M. Silverio
              Brian Silverio
              Silverio & Hall
              255 8th Street South
              Naples, FL 34102,
              Telephone: (239) 649-1001
              bsilverio@silveriohall.com

              Aaron A. Mitchell
              (appearing *pro hac vice*)
              Cohen & Howard, LLP
              766 Shrewsbury Ave, Suite 200
              Tinton Falls, NJ 07724
              Telephone: 732-747-5202
              amitchell@cohenandhoward.com

              Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been served on all known counsel of record via ECF on January 8, 2019.

/s/ Brian Silverio