# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

| | |
|---|---|
| GUO WENGUI,<br>also known as MILES KWOK,<br><br>        Plaintiff,<br><br>v.<br><br>ROGER J. STONE<br><br>        Defendant. | CIVIL ACTION NO. 18-20983-CIV-MARTINEZ-OTARO-REYES |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, GUO WENGUI, also known as MILES KWOK, by and through his undersigned counsel, hereby files his Notice of Voluntary Dismissal of this action with prejudice pursuant to the parties' written settlement agreement dated December 17, 2018.

Dated: January 8, 2019

                                                          SILVERIO & HALL, P.A.

                                                          By /s/ Brian M. Silverio
                                                          Brian Silverio
                                                          Silverio & Hall
                                                          255 8th Street South
                                                          Naples, FL 34102,
                                                          Telephone: (239) 649-1001
                                                          bsilverio@silveriohall.com

                                                          Aaron A. Mitchell
                                                          (appearing *pro hac vice*)
                                                          Cohen & Howard, LLP
                                                          766 Shrewsbury Ave, Suite 200
                                                          Tinton Falls, NJ 07724
                                                          Telephone: 732-747-5202
                                                          amitchell@cohenandhoward.com

                                                          Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been served on all known counsel of record via ECF on January 8, 2019.

/s/ Brian Silverio